UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GE COMMERCIAL FINANCE BUSINESS
PROPERTY CORPORATION, f/k/a
GENERAL ELECTRIC CAPITAL BUSINESS
ASSET FUNDING CORPORATION,
a Delaware corporation,

    Plaintiff,

vs.

BINYAN MICHIGAN, L.L.C.,
an Illinois limited liability company, and
LARRY H. PACHTER, an individual,

    Defendants.

Case No. 1:06-cv-14070
Assigned to: Hon. Thomas L. Ludington
Referral Judge: Charles E. Binder

_____/

| JEFFREY S. KOPP (P59485) | RONN S. NADIS (P35638) |
|---|---|
| RYAN S. BEWERSDORF (P66411) | MICHAEL K. DOROCAK (P54020) |
| FOLEY & LARDNER, LLP | TAUBMAN, NADIS & NEUMAN, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 500 Woodward Avenue, Suite 2700 | 32255 Northwestern Highway, Suite 200 |
| Detroit, Michigan 48226 | Farmington Hills, Michigan 48334 |
| (313) 234-7100 | (248) 865-3700 |

_____/

## APPEARANCE

TO:    CLERK OF THE COURT

    Please enter the Appearance of Phillip J. Neuman of the law firm Taubman, Nadis & Neuman, P.C. as an attorney of record for Defendants Binyan Michigan, LLC and Larry H. Pachter in the above-captioned matter.

    Respectfully submitted,

    TAUBMAN, NADIS & NEUMAN, P.C.

    /s/ Phillip J. Neuman
    PHILLIP J. NEUMAN (P35499)
    RONN S. NADIS (P35638)
    MICHAEL K. DOROCAK (P54020)
    Attorneys for Defendant
    32255 Northwestern Highway, Suite 200
    Farmington Hills, Michigan 48334

Dated: September 19, 2006    (248) 865-3700

**PROOF OF SERVICE**

I hereby certify that on September 19, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Jeffrey S. Kopp and Ryan S. Bewersdorf

/s/ Phillip J. Neuman
PHILLIP J. NEUMAN (P35499)
TAUBMAN, NADIS & NEUMAN, P.C.
32255 Northwestern Highway, Suite 200
Farmington Hills, Michigan  48334
(248) 865-3700
pneuman@tnnlaw.com

M:\PACHTER\VASSAR LITIGATION\PLEADINGS\USDC\Notice of Appearance.wpd